IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STEVE LEWIS<br><br>                Plaintiff,<br><br>    v.<br><br>12th & JACKSON SQUARE LLC., a Washington Limited Liability Company.<br><br>                Defendant. | Case No. 2:17-cv-00768 TSZ<br><br>ORDER |

**ORDER**

The parties' Stipulated Motion to Extend Time, docket no. 8, is GRANTED. The deadline for defendant to answer or otherwise respond to the complaint is extended to July 6, 2017.

IT IS SO ORDERED.

Dated this 30th day of June, 2017.

                                                                  _____<br>
                                                                 Thomas S. Zilly<br>
                                                                 United States District Judge

PAGE 1 – ORDER

JONES LAW OFFICE, P.L.L.C.
11819 NE 34TH STREET
BELLEVUE, WA 98005
(425) 576-8899

CHANG LAW GROUP P.L.L.C.
11000 NE 33RD PLACE, SUITE 101
BELLEVUE, WA 98004
(425) 605-1234

1 | Respectfully stipulated and submitted,

2 | 
3 | DATED this 26th day of June 2017.    JONES LAW OFFICE, P.L.L.C.

          ___/s/ Marianne K. Jones_____
4 |           MARIANNE K. JONES, WSBA No. 21034
          Attorneys for the Defendant

5 | 

6 | DATED this 26th day of June 2017    HESTER LAW GROUP

7 |           _____/s/ Lance M. Hester_____
          LANCE M. HESTER, WSBA No. 27813
8 |           Attorney for the Plaintiff

9 | 

10 | DATED this 26th day of June 2017    WASHINGTON CIVIL &
          DISABILITY ADVOCATE
11 | 
          _____/s/ Conrad Reynoldson_____
12 |           CONRAD REYNOLDSON, WSBA# 48187
          Attorney for Plaintiff

24 | PAGE 2 – ORDER

JONES LAW OFFICE, P.L.L.C.
11819 NE 34TH STREET
BELLEVUE, WA 98005
(425) 576-8899

CHANG LAW GROUP P.L.L.C.
11000 NE 33RD PLACE, SUITE 101
BELLEVUE, WA 98004
(425) 605-1234