UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

STEVE LEWIS,

        Plaintiff,

  v.

12TH & JACKSON SQUARE LLC,

        Defendant.

C17-768 TSZ

MINUTE ORDER

      The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

      (1)    The parties' stipulated motion to stay case, docket no. 10, is DENIED. To allow the parties' time to negotiate settlement, defendant's deadline to answer or otherwise respond is EXTENDED to November 13, 2017, and the following dates and deadlines are CONTINUED:

| | |
|---|---|
| Conference pursuant to Fed. R. Civ. P. 26(f) | November 20, 2017 |
| Initial Disclosures pursuant to Fed. R. Civ. P. 26(a) | December 4, 2017 |
| Combined Joint Status Report and Discovery Plan | December 4, 2017 |

      (2)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

      Dated this 18th day of July, 2017.

                       William M. McCool
                       Clerk

                       s/Karen Dews
                       Deputy Clerk

MINUTE ORDER - 1